GREGORY A. BROWER
United States Attorney

GREG ADDINGTON
Nevada State Bar # 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181 (fax)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                    Plaintiff,                 )<br>                                                          )<br>        v.                                              )<br>                                                          )<br>$324,100.00 IN UNITED STATES   )<br>CURRENCY,                                 )<br>                                                          )<br>                    Defendant.             )<br>_____) | 3:08-cv-0071-ECR-VPC<br><br>MOTION FOR ENTRY OF JUDGMENT<br>OF FORFEITURE |

Comes now the plaintiff United States of America, through its undersigned counsel, and moves this Court for entry of JUDGMENT OF FORFEITURE in this action. This motion is brought pursuant to Rule 55(b)(2), Fed.R.Civ.P., and is based on the papers and pleadings on file in this action. A proposed JUDGMENT OF FORFEITURE is submitted herewith.

This is an action in rem to obtain judicial forfeiture of certain funds under 21 U.S.C., section 881(a)(6). The verified complaint alleges that the defendant funds represent proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq., and/or is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq.

A summons and warrant of arrest in rem was issued by this Court on February 14, 2008. In accordance with the summons and warrant, the defendant property was arrested on

April 29, 2008.  Public notice of the forfeiture action and arrest was given to all persons and entities by publication in the Reno Gazette-Journal, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.  Proof of publication has been filed in this action.

United States Marshals Service form USM-285, reflecting service upon the defendant property, is on file herein.  Additionally, United States Marshals Service forms USM-285, reflecting statutory notice to all known prospective claimants are on file herein.

No person or entity filed a claim, an answer, or any other responsive pleading within the time permitted by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims.  Default was entered on September 24, 2008.

WHEREFORE, it is requested that the judgment of forfeiture be entered consistent with the proposed JUDGMENT submitted herewith.

                                              Respectfully submitted,

                                              GREGORY A. BROWER
                                              United States Attorney

                                              _Greg Addington_
                                              GREG ADDINGTON
                                              Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:08-cv-0071- ECR- VPC |
| v. ) | |
| ) | JUDGMENT OF FORFEITURE |
| $324,100.00 IN UNITED STATES CURRENCY.) | |
| ) | |
| Defendant. ) | |

      A verified Complaint for Forfeiture in Rem was filed on February 11, 2008. The Complaint alleges that the defendant funds, in their entirety, represent proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq., and/or is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act, 21 U.S.C., §§ 801-et seq., and are, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

      Process was fully issued in this action and returned according to law.

      Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on February 14, 2008, the United States Marshals Service arrested the defendant property on April 29, 2008.

      Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication in the Reno Gazette-Journal.

      Statutory notice compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, was given to known prospective claimants.

1  No claim, answer, or other responsive pleading has been filed on behalf of any person.
2  Default was entered on September 24, 2008, of the defendant funds, specified individuals and
3  entities, and all other persons or entities who claim an interest in the defendant property.
4  Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND
5  DECREED that Judgment be and is entered against the defendant
6  $324,100.00 IN UNITED STATES CURRENCY
7  and against all persons and/or entities, having any interest in such property and that the defendant
8  property be, and the same is, hereby forfeited to the United States of America and no right, title, or
9  interest in the defendant property shall exist in any other party. The defendant property shall be
10 disposed of according to law.
11 Date: _October 1_, 2008            _Edward C. Reed._
12                                     UNITED STATES DISTRICT JUDGE